NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT DONNELL DONALDSON,**
*Petitioner,*

**v.**

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent.*

---

2012-3160

---

Petition for review of the Merit Systems Protection Board in No. DA3330110862-I-2.

-----------------------------------------------------------------------

**ROBERT DONNELL DONALDSON,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent,*

**AND**

**DEPARTMENT OF HOMELAND SECURITY,**
*Intervenor.*

---

ROBERT DONALDSON v. DHS                                    2

2012-3161

_____

Petition for review of the Merit Systems Protection Board in No. DC1221120087-W-1.

_____

**ON MOTION**

_____

**O R D E R**

The Department of Homeland Security moves for leave to file corrected informal response briefs in the above-captioned appeals to correct an erroneous factual statement.  Robert Donnell Donaldson opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions for leave to file corrected informal response briefs are granted.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk


s21